IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NATASHA HOWE,

        Plaintiff,

v.                                      CIVIL ACTION NO.  3:23-cv-00237

KENT BRYSON,

        Defendant.

### JUDGMENT ORDER

In accordance with the accompanying order, the Court **DENIES** Petitioner's Objections (ECF No. 7) and **ADOPTS AND INCORPORATES HEREIN** the PF&R (ECF No. 6). The Court **DISMISSES** the complaint (ECF No. 2), **DENIES** Plaintiff's application to proceed without prepayment as moot (ECF No. 1), and **DISMISSES** this action.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                                        ENTER:        August 18, 2023

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE